**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000560**
**13-MAY-2019**
**08:39 AM**

NO. CAAP-18-0000560

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

YMM LLC, Plaintiff-Appellee,
v.
SCOTT KUROIWA, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5RC-18-1-0106)

ORDER DISMISSING APPEAL
(By: Leonard, Presiding Judge, Chan and Hiraoka, JJ.)

Upon review of the record, it appears that:

(1) Defendant-Appellant Scott Kuroiwa (Kuroiwa), pro se, conventionally filed the notice of appeal on July 12, 2018, and the district court clerk electronically filed the notice of appeal on July 16, 2018;

(2) On September 14, 2018, the district court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before September 24, 2018, and October 24, 2018, respectively;

(3) Kuroiwa did not file either document or request an extension of time;

(4) On October 30, 2018, the appellate clerk notified Kuroiwa that the time for filing the statement of jurisdiction

and opening brief had expired, the matter would be called to the court's attention on November 9, 2018, for appropriate action, which could include dismissal of the appeal, under Hawai'i Rules of Appellate Procedure Rules 12.1(e) and 30, and Kuroiwa may request relief from default by motion; and

(5) Kuroiwa took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

Dated: Honolulu, Hawai'i, May 13, 2019.

Presiding Judge

Associate Judge

Keith K Hiraoka

Associate Judge

2